Arthur M. Gelden, d/b/a Arthur M. Gelden Co., Plaintiff-Appellee, v. Benjamin H. Black, Defendant-Appellant.

Gen. No. 48,556. 

First District, Second Division.

May 9, 1962.

Benjamin H. Black, pro se; Van Emden, Busch and Van Emden, of Chicago, for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.